### 18744. TOUCHTON *v.* ECHOLS COUNTY.

HEAD, Justice. The judgment granting the mandamus absolute having been reversed, it is directed, on the return of the remittitur in that case (*Touchton* v. *Echols County,* ante), that the judgment in this case, adjudging the respondent to be in contempt of court, be vacated. *Ficklen* v. *Mayor &c. of Washington,* 141 *Ga.* 441 (81 S. E. 123); *Dunn* v. *Campbell,* 146 *Ga.* 227 (91 S. E. 84); *Harris* v. *Abney,* 208 *Ga.* 588, 589 (2) (68 S. E. 2d 577).

*Judgment reversed, with direction. All the Justices concur.*

ARGUED SEPTEMBER 16, 1954—DECIDED OCTOBER 11, 1954.

*J. E. B. Stewart,* for plaintiff in error.
*John W. Langdale,* contra.